U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 1 1 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT of ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL SHANE WILMOTH      PETITIONER

v.      Civil No. 08-5012

LARRY NORRIS, Director,
Arkansas Department of Correction      RESPONDENT

### ORDER

Petitioner, claiming to be a prisoner of the Arkansas Department of Correction, has submitted a petition for writ of habeas corpus under 28 U.S.C. Section 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears the petitioner is unable to pay the costs for commencement of suit, the following order is entered.

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition *nunc pro tunc* as of December 27, 2007. The matter of service will be determined at a later date.

IT IS SO ORDERED this January 9, 2008.

/s/ J. Marschewski

James R. Marschewski
United States Magistrate Judge